IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALORIE SANDERS,<br><br>               Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | CIVIL ACTION<br>NO. 18-3325 |

**ORDER**

**AND NOW**, this 30th day of April 2020, upon consideration of Plaintiff's Brief (Doc. No. 9), Defendant's Response (Doc. No. 11), and Plaintiff's Reply (Doc. No. 12), and the Third Circuit's decision in <u>Cirko on behalf of Cirko v. Comm'r of Soc. Sec.</u>, 948 F.3d 148 (3d Cir. 2020), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is REMANDED for further proceedings consistent with this adjudication.

3. On remand, the case will be considered by a constitutionally appointed ALJ other than the one who previously adjudicated Plaintiff's claim.

4. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:

                                              s/Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.