IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALORIE SANDERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 18-3325 |

## ORDER

**AND NOW**, this 24th day of March 2021, upon consideration of Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 19), Defendant's Response to Plaintiff's Motion (Doc. No. 20), and Plaintiff's Reply (Doc. No. 21), it is **ORDERED** that Plaintiff's Motion for Attorney Fees (Doc. No. 19) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.